JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO GONZALEZ-REYES, et al., | Case No. CV 14-0233 FMO (JEMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE SECURITIZED TRUST, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 17th day of February, 2015.

/s/
Fernando M. Olguin
United States District Judge